# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT L. GLASS, <br><br> Plaintiff, <br><br> v. <br><br> SCOTT KERNAN, *et al.*, <br><br> Defendants. | Case No. 2:18-cv-00641-PA (MAA) <br><br> **ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint (ECF No. 28), Defendants' Motion to Dismiss (ECF No. 30), the other records on file herein, the Report and Recommendation of the United States Magistrate Judge (ECF No. 38), Plaintiff's Objection (ECF No. 40), and Defendants' Reply (ECF No. 41). After conducting a *de novo* review of the portions of the Report and Recommendation to which Objections were directed, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge.

IT THEREFORE IS ORDERED that:

1. The Report and Recommendation of the Magistrate Judge is ACCEPTED and ADOPTED;

2. Defendants' Motion to Dismiss is GRANTED;

3. Plaintiff is DENIED leave to amend the First Amended Complaint; and

4. Judgment shall be ENTERED dismissing the entire action with prejudice.

DATED:  May 9, 2019

                                    PERCY ANDERSON
                      UNITED STATES DISTRICT JUDGE