JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| ROBERT L. GLASS, | Case No. 2:18-cv-00641-PA (MAA) |
|---|---|
| Plaintiff, | |
| v. | **JUDGMENT** |
| SCOTT KERNAN, *et al.*, | |
| Defendants. | |

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the First Amended Complaint and entire action are DISMISSED with prejudice.

DATED: May 9, 2019

  _____
  PERCY ANDERSON
  UNITED STATES DISTRICT JUDGE